IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-CR-30192-MJR |
| ) | |
| RODNEY R. HALL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER
ADOPTING REPORT & RECOMMENDATION AND
<u>ACCEPTING DEFENDANT'S GUILTY PLEA</u>**

REAGAN, District Judge:

On July 9, 2014, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Count 1 of the indictment (charging felon in possession of a firearm). By Report and Recommendation filed July 9, 2014 (Doc. 36), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline (July 28, 2014) elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 36), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offense set forth in the plea agreement. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. Finally, the Court **CONFIRMS that SENTENCING** shall proceed at 1:30 p.m. on October 16, 2014.

IT IS SO ORDERED.

DATED July 30, 2014.

                                                s/Michael J. Reagan
                                                MICHAEL J. REAGAN
                                                United States District Judge