IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 13-CR-30192-MJR |
| ) | |
| RODNEY R. HALL, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**
**PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2**

REAGAN, District Judge:

In the indictment in this case, the United States sought forfeiture of one .38 Special Smith and Wesson revolver, bearing serial number J136125, and all ammunition contained within said firearm -- property possessed by Defendant, Rodney R. Hall -- pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).  Pursuant to the Plea Agreement (Docket No. 34), Defendant agreed to forfeit any interest in .38 Special Smith and Wesson revolver, bearing serial number J136125, and all ammunition contained within said firearm.

Having carefully considered Defendant's guilty plea, the Court hereby FINDS forfeitable and ORDERS forfeited the following property:

> **One .38 Special Smith and Wesson revolver, bearing serial number J136125, and all ammunition contained within said firearm.**

The United States shall provide notice of the forfeiture and the right of persons other than the Defendant who have any claim or legal interest in any of the property to file a petition with the Court.

The notice shall be provided in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The notice shall state that the petition will be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for the published notice to those persons so notified.

Upon the filing a petition alleging third-party interests in the property, the Court may amend this Order to resolve the claimed third-party interests.

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall seize and reduce to his possession, if he has not already done so, the above-described property.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Hall at the time of his sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Hall and shall be included in the judgment imposed against him. This is a final Order with respect to

Defendant Hall; this Order may be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

IT IS SO ORDERED.

DATED August 21, 2014.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
